EASO ABDO v. GEORGE CHAMBART and Another.— Motion granted upon appellants' filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

GABRIEL FRIEDMAN v. MAX CASNER.— Motion to dismiss appeal denied. Motion that the appeal be heard on the minutes and typewritten briefs denied. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

MILLER-ASCHHEIM CO., INC., v. DALTON & BALCH, INC.— Motion to dismiss appeal granted, with ten dollars costs unless appellant procure record on appeal and appellant's points to be filed so that the appeal can be argued on the 7th day of October, 1930. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

BERTHA SILVERMAN v. ARTHUR M. SILVERMAN.— Motion to dismiss appeal denied. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

MATTHEW WENGERT v. HARRY DUKE and Another.— Motion to dismiss appeal granted, with ten dollars costs unless appellants procure the record on appeal and appellants' points to be filed so that the appeal can be argued on or before the 14th day of October, 1930. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

MEYER HURWITZ v. WOLF PETERSEIL and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal and appellant's points to be filed so that the appeal can be argued on or before the 14th day of October, 1930. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

ABE STEIN & CO., INC., v. RUMIE BROTHERS OF NEW YORK, INC.— Motion to dismiss appeal denied. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

HELEN ALLEYNE v. ARCHIBALD ALLEYNE.— Motion to dismiss appeal denied. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

GEORGE A. COLVIN v. WILLIAM E. LEHMAN and Others, Impleaded with THE COMMUNITY CHURCH (SECOND CONREGATIONAL CHURCH) OF THE CITY OF NEW YORK.— Motion to dismiss appeal denied. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

BIRDIE HATOFF v. HARRY HATOFF.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal to be filed so that the appeal can be argued on or before the 24th day of October, 1930, and pay, on or before September 1, 1930, the additional counsel fee directed to be paid by the order of April 15, 1930. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

CHECKER CAB SALES CORPORATION v. 421 EAST 93RD STREET GARAGE CORPORATION.— Motion to dismiss appeal denied. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

ENTROB REALTY CORPORATION v. 33 WEST 44TH STREET CORPORATION, Impleaded with Others.— Motion to dismiss appeal denied. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.